IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAMAR GRADDY,

    Petitioner,

v.                                                                  5:13cv317–WS/GRJ

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed September 16, 2014.  See Doc. 21.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied as untimely.  The petitioner has filed no objections to the report and recommendation.

    This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3.  The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

4.  A certificate of appealability shall not issue.

DONE AND ORDERED this   20th   day of    October   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE